IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALBERTO RODRIGUEZ,

    Plaintiff,

vs.

ASRC ENERGY SERVICES - HOUSTON CONTRACTING CO. INC.,

    Defendant.

Case No. 3:11-cv-

## COMPLAINT

COMES NOW Alberto Rodriguez, by and through his counsel Stehle & Jarvi, LLC, and for his Complaint alleges and pleads as follows:

1. At all relevant times, Plaintiff Alberto Rodriguez was a resident of the State of Alaska, Third Judicial District.

2. On information and belief, Defendant ASRC Energy Services - Houston Contracting Co., Inc. is a corporation organized under Alaska law and doing business in the State of Alaska, employing more than 50 employees.

3. Pursuant to 29 U.S.C. § 1331, federal question jurisdiction exists on the grounds that Plaintiff has asserted a claim under the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.*

4. In December 2008, Plaintiff was a full-time permanent employee of Defendant, and he had been so employed by Defendant for approximately two years and eight

COMPLAINT
*Rodriguez v. Houston Contracting Co., Inc.* Case No 3:11-cv-
Page 1 of 3
Case 3:11-cv-00040-RRB   Document 1   Filed 03/10/11   Page 1 of 3

months. As of December 2008, Plaintiff worked at the Marine Terminal, Valdez, Alaska, on a schedule of four weeks on, two weeks off.

5. In approximately June 2008, Plaintiff slipped and fell twice while at work, but was evaluated by the medical staff and cleared to return to work the next day.

6. On or about December 15, 2008, while he was on his two weeks' scheduled time off, Plaintiff was scheduled to have knee replacement surgery.

7. Plaintiff informed Defendant of the fact that he would be unable to work his next work shift, scheduled to begin on or about December 23, 2008.

8. On or about December 15, 2008, Defendant failed to properly advise Plaintiff of or offer Plaintiff his rights under the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.*

9. Defendant wrongfully terminated Plaintiff on or about March 17, 2009.

10. Defendant advised Plaintiff that it had terminated Plaintiff from his job on the grounds that he had not returned from his FMLA-approved leave after twelve calendar weeks.

11. Plaintiff was released to return to work on or about April 21, 2009 without restrictions. Plaintiff rightfully sought reinstatement to his former position, which Defendant wrongfully refused.

12. Defendant's termination of Plaintiff constituted a violation of the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.*, was in violation of the common law, and otherwise caused Plaintiff harm.

COMPLAINT
*Rodriguez v. Houston Contracting Co., Inc.* Case No 3:11-cv-
Page 2 of 3
Case 3:11-cv-00040-RRB   Document 1   Filed 03/10/11   Page 2 of 3

STEHLE & JARVI, L.L.C.
1200 R Street, Suite B
Anchorage, Alaska 99501
Tel: (907) 677-7877  Fax: (907) 677-7894

13. Defendant's violations of the law, described hereinabove, caused Plaintiff financial loss in the form of lost wages, lost benefits, lost retirement contributions, and other losses.

14. Defendant's violations of the law, described hereinabove, caused Plaintiff mental anguish.

WHEREFORE Plaintiff prays for relief as follows:

1. For damages for his financial losses, and all penalties, liquidated damages, and punitive damages allowed by the above-referenced statutes, in excess of $100,000.00;

2. For injunctive relief ordering Plaintiff's reinstatement to his job;

3. For costs, pre-judgment and post-judgment interest, and full attorney's fees; and

4. For any other relief that is proper, just, and equitable on the facts alleged above and/or discovered in the course of litigation.

DATED this 4 day of March, 2011, at Anchorage, Alaska.

STEHLE & JARVI, L.L.C.
Attorneys for Plaintiff

By: /s/ Michael T. Stehle
Michael T. Stehle, ABA No. 9106054