Floyd G. Short (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7381
Fax: (206) 516-3883
E-mail: fshort@susmangodfrey.com

William F. Mede
TURNER & MEDE , P.C.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
E-mail: wmede@turnermede.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALBERTO RODRIGUEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASRC ENERGY SERVICES - HOUSTON )<br>CONTRACTING COMPANY, INC., )<br>)<br>Defendant. )<br>) | Case No. 3:11-CV-00040-RRB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

  COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree to dismiss this action, with prejudice, each party to bear its own costs and attorneys fees.

Page 1 of 2
*Rodriguez v. ASRC Energy Services - Houston Contracting Company, Inc.*, Case No. 3:11-CV-00040-RRB
Stipulation for Dismissal with Prejudice

s/ Michael T. Stehle (consent)
Law Office of Michael Stehle, P.C.
1200 R Street, Suite B
Anchorage, AK 99501
Phone: (907) 677-7877
Fax: (907) 677-7894
E-mail: mstehle.stehlelaw@gci.net
Bar No. 9106054

Attorney for Plaintiff


s/ Wililam F. Mede
Turner & Mede, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage, AK 99503
Phone: (907) 276-3963
Facsimile: (907) 277-3695
E-mail: wmede@turnermede.com
Bar No. 8310135

Floyd G. Short
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 373-7381
Fax: (206) 516-3883
E-mail: fshort@susmangodfrey.com

Attorneys for Defendant

Page 2 of 2
*Rodriguez v. ASRC Energy Services - Houston Contracting Company, Inc.*, Case No. 3:11-CV-00040-RRB
Stipulation for Dismissal with Prejudice

Case 3:11-cv-00040-RRB   Document 25   Filed 04/13/12   Page 2 of 2